# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| YENNI CAMACHO | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-2770-S |
| | § | |
| SAJEDA INC. d/b/a MARIA'S | § | |
| GROCERY and ABDEL HUSSEIN | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff Yenni Camacho's Motion for Default Judgment Pursuant to Federal Rule of Civil Procedure 55 [ECF No. 17] filed on June 10, 2024, is **DENIED WITHOUT PREJUDICE**. Plaintiff is granted leave to file, within 30 days of the date of this order, an amended complaint that addresses the issues identified by the Magistrate Judge in the findings, conclusions, and recommendation. If Plaintiff files an amended complaint, he may then renew his motion for default judgment, attaching documentation substantiating allegations concerning the length of this employment, hourly rates of pay, and number of hours worked.

**SO ORDERED.**

SIGNED March 6, 2025.

UNITED STATES DISTRICT JUDGE