## United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| YENNI CAMACHO | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-2770-S |
| SAJEDA INC. d/b/a MARIA'S GROCERY and ABDEL HUSSEIN | § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff Yenni Camacho's Second Motion for Default Judgment Pursuant to Federal Rule of Civil Procedure 55 [ECF No. 26] is **GRANTED**.

**SO ORDERED.**

SIGNED December 15, 2025.

_____
UNITED STATES DISTRICT JUDGE