# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| YENNI CAMACHO | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-2770-S |
| | § | |
| SAJEDA, INC. d/b/a MARIA'S | § | |
| GROCERY and ABDEL HUSSEIN | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff Yenni Camacho's Amended Petition for Rule to Show Cause [ECF No. 35] is **DENIED**.

**SO ORDERED.**

SIGNED April 30, 2026.

UNITED STATES DISTRICT JUDGE